UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

July 23, 2014

MEMO TO COUNSEL RE:  Forest Capital v. Blackrock
Civil No. JFM-14-1530

Dear Counsel:

I have reviewed the memoranda in connection with the three pending motions. My rulings are as follows:

1. Plaintiff's request to enter default (document 16) is denied. I believe that the motion filed by defendant constituted a response to the complaint.

2. Defendant's cross motion for sanctions (document 21) is denied. Although I believe that defendant's request to enter default was at best ill advised, I do not believe that the imposition of sanctions is warranted.

3. Defendant's motion to stay these proceedings (document 14) is granted. I am inclined to believe that "unusual circumstances" exist and that I have the authority to determine that issue. In any event, I am confident that in the exercise of my discretion these proceedings should be stayed. The essential issue presented in this litigation is also presented in the PP&G bankruptcy proceedings and can be fully and fairly litigated there where all parties have appeared. Of course, if the bankruptcy court disagrees with my assessment, I will reconsider my position.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge